KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
 c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**To**:        CLERK, UNITED STATES BANKRUPTCY COURT

**Re**:        UNDISTRIBUTED FUNDS

**Case No.**:  **LA07-19752-TD**

**Debtor(s)**: SEAN PATRICK IRELAND
               2502 RUHLAND AVE
               REDONDO BEACH, CA 90278

Explanation of Source:    Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| **PAYEE** | **AMOUNT** |
|---|---|
| OPTION ONE MORTGAGE CORPORATION<br>P.O. BOX 44042<br>JACKSONVILLE, FL 32246 | $3,660.64 |

DATED: July 19, 2011

*(signature)*

Kathy A. Dockery
Chapter 13 Trustee